United States Bankruptcy Court
District of Connecticut

In re:  
Tavvia Sheree Jefferson  
    Debtor  

Case No. 19-21228-jjt  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0205-2    User: kborton    Page 1 of 1    Date Rcvd: Oct 23, 2019  
    Form ID: 318    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db              +Tavvia Sheree Jefferson,    204 Portman Street,    Windsor, CT 06095-3441
9078048          Credit Management Corp,    Attn: President or CEO,    PO Box 703,    Westbrook, CT 06498-0703
9078050          Hartford Parking Authority,    Office of Parking Managment,    PO Box 230157,
                  Hartford, CT 06123-0157
9078051         +McCalla Raymer Leibert Pierce,    50 Weston Street,    Hartford, CT 06120-1504
9078055         +Town of Windsor, Tax Collector,    275 Broad Street,    Windsor, CT 06095-2940
9078056         +US Dept of Ed/fisl/at,    Attn: Bankruptcy,    61 Forsythe St, Room 19t89,
                  Atlanta, GA 30303-8928
9078057         +Wells Fargo Bank,    Attn: President or CEO,    3815 West Temple,    Salt Lake City, UT 84115-4412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9078044         +E-mail/Text: banko@acsnv.com Oct 23 2019 18:48:18      Allied Collection Services,
                  3080 S Durango Rd, Suite 208,    Attn: President or CEO,    Las Vegas, NV 89117-9194
9078045          EDI: ACBK.COM Oct 23 2019 22:43:00      American Credit Acceptance,    PO Box 204531,
                  Attn: President or CEO,    Dallas, TX 75320-4531
9078046          EDI: CINGMIDLAND.COM Oct 23 2019 22:43:00      At&T Mobility,    PO Box 537104,
                  Attn: President or CEO,    Atlanta, GA 30353-7104
9078047         +EDI: CCS.COM Oct 23 2019 22:43:00      Credit Collection Services,    725 Canton St,
                  Attn: President or CEO,    Norwood, MA 02062-2679
9078049          E-mail/Text: bankruptcynotices@eversource.com Oct 23 2019 18:48:22      Eversource,    PO Box 270,
                  Attn: President or CEO,    Hartford, CT 06141-0270
9078052         +E-mail/Text: VSWEEZY@THEMDC.COM Oct 23 2019 18:47:53      Metropolitan District Co.,
                  555 Main Street,    P.O. Box 800,    Attn: President or CEO,    Hartford, CT 06142-0800
9078053         +EDI: MID8.COM Oct 23 2019 22:43:00      Midland Credit Management, Inc,
                  8875 Aero Drive, Suite 200,    Attn: President or CEO,    San Diego, CA 92123-2255
9078054         +E-mail/Text: creditreconciliation@peoples.com Oct 23 2019 18:48:08      People's United Bank,
                  850 Main Street,    Attn: President or CEO,    Bridgeport, CT 06604-4904
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
```
              Bonnie C. Mangan    on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com,
               ct19@ecfcbis.com;becky.avery@manganlaw.com
              Bonnie C. Mangan    Trusteemangan@yahoo.com, ct19@ecfcbis.com;becky.avery@manganlaw.com
              Jessica L. Braus    on behalf of Creditor    WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE BENEFIT  OF
               THE CERTIFICATEHOLDERS PARK PLACE SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATES SERIES
               2005-WCW2 jessica@glassbraus.com,    dan@glassbraus.com
              Jonathan G. Cohen    on behalf of Debtor Tavvia Sheree Jefferson jgcohen@yahoo.com,
               r46021@notify.bestcase.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tavvia Sheree Jefferson** | Social Security number or ITIN   xxx–xx–7519 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Connecticut**

Case number:   **19–21228 jjt**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tavvia Sheree Jefferson

Dated: October 23, 2019                                                                        BY THE COURT

*James J. Tancredi*<br>*United States Bankruptcy Judge*<br>*District of Connecticut*

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**